699 So.2d 74 (1997)
STATE ex rel. Keith THOMPSON
v.
STATE of Louisiana.
No. 96-KH-2382.
Supreme Court of Louisiana.
September 5, 1997.
Writ granted; case remanded to the district court for compliance with art. 930.4(F). See State ex rel. Cormier v. State, 95-2208 (La. 10/4/96), 680 So.2d 1168; State ex rel. Welch v. State, 586 So.2d 520 (La.1991); State v. Turner, 544 So.2d 387 (La.1989); State ex rel. Scott v. Butler, 533 So.2d 384 (La.1988); State ex rel. Robinson v. State, 592 So.2d 418 (La.App. 4th Cir.1991).
MARCUS, J., not on panel.